UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE: THE MATTER OF THE UNSUPERVISED ESTATE OF SAM P. SERIO, JR., deceased, | ) ) ) ) |
| JOSEPH SERIO, personal representative, and | ) ) ) ) |
| SUPPLEMENTAL ACTION BY JOSEPH SERIO, personal representative, Plaintiffs, | ) ) ) ) |
| v. | ) CAUSE NO.: 2:16-CV-355-JVB-PRC ) |
| ALEXIAN BROTHERS HEALTH SYSTEM, et al., Defendants. | ) ) ) ) |

**OPINION AND ORDER**

This matter is before the Court on a Stipulation Between Plaintiff and American Enterprise Bank [DE 59], filed by Plaintiffs and Defendant American Enterprise Bank on September 14, 2016.

Having reviewed the Stipulation and finding it well taken, the Court hereby **GRANTS** the relief requested in the Stipulation [DE 59] and **ORDERS** (1) American Enterprise Bank to freeze all funds held by American Enterprise Bank in accounts in the name of Joseph Serio until this Court enters an order directing American Enterprise Bank to disburse such funds and (2) that American Enterprise Bank shall not be required to file a responsive pleading to any Complaint filed by Plaintiffs nor shall American Enterprise Bank be required to participate in this litigation other than to comply with any Court orders directed to American Enterprise Bank.

SO ORDERED this 20th day of September, 2016.

s/ Paul R. Cherry<br>
MAGISTRATE JUDGE PAUL R. CHERRY<br>
UNITED STATES DISTRICT COURT